Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Dale R. Crawford**  :  Case No. 15−20770−JAD
    *Debtor(s)*  :  Chapter: 13
      :
PNC Bank, NA  :
    *Movant,*  :
      :  Related to Claim No. 6
v.  :
Dale R. Crawford  :
    *Respondent.*  :

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  12/21/2018 .

Dated: December 7, 2018

Melissa Guthrie
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-20770-JAD
Dale R. Crawford                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                Page 1 of 1           Date Rcvd: Dec 07, 2018
                              Form ID: 128              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
aty        +Paul W. McElrath, Jr.,   McElrath Legal Holdings, LLC.,   1641 Saw Mill Run Boulevard,
             Pittsburgh, PA 15210-3433
           +CHRISTINE KINDERDINE,   PNC MORTGAGE, A DIVISION OF PNC BANK NA,   3232 NEWMARK DR,
             MIAMISBURG, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
               Savings Bank bfein@sanddlawyers.com,   mhanford@sanddlawyers.com
              David Neeren    on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Martin A. Mooney    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
               Savings Bank ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Dale R. Crawford ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff Dale R. Crawford ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                              TOTAL: 10