**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dale R. Crawford**
Debtor(s)

Bankruptcy Case No.: 15–20770–JAD
Related To Doc. No. 98
Chapter: 13
Docket No.: 99 – 98

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of June, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/24/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/5/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/24/20.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20770-JAD
Dale R. Crawford                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch                Page 1 of 2           Date Rcvd: Jun 26, 2020
                              Form ID: 408              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
```
db          +Dale R. Crawford,    158 Quarry Lane,    California, PA 15419-1227
cr          +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
cr          +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
r           +Walter D. MacFann,    Tri-County Realty,    236 California Road,    California, PA 15417-9315
14022135    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    4161 Piedmont Parkway,    Greensboro, NC 27410)
14022134    +Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
14022136    +Bank of America, N.A.,,    P.O. Box 660933,    Dallas, TX 75266-0933
14022140     Clifford Sharik,    195 Huntingdon Road,    Wyano, PA 15695
15159342     Federal Home Loan Mortgage Corp,    P.O. Box 10826,    Greenville, SC  29603-0826
14011430    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
14007530     MedExpress,    PO Box 719,    Dellslow, WV 26531-0719
14007531    +Monongahela Valley Hospital, Inc,    1163 Country Club Road,    Monongahela, PA 15063-1095
14078497    +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14022155     PNC Mortgage,    332 Newmark Drive,    Miamisburg, OH 45342
14007533    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14022156    +R & L Carriers Trucking Company,    PO Box 271,    Wilmington, OH 45177-0271
14007534    +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
14007535    +The Bank of New York Mellon,    C/O c/o Prober & Raphael,    PO Box 4635,
              Woodland Hills, CA 91308-4635
14082796    +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14022160     Tru Copy,   PO B ox 390,    Brownsville, PA 15417
14022161     UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14007522     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2020 04:28:09     American Info Source Lp,
              Post Office Box 248848,    Oklahoma City, OK 73124-8848
14022138    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 27 2020 04:23:44     CCS Collections,
              2 Wells Avenue,    Newton Center, MA 02459-3246
14007523    +E-mail/Text: bankruptcy@cavps.com Jun 27 2020 04:23:15     Cavalry Portfolio Serv,
              Po Box 27288,    Tempe, AZ 85285-7288
14025627    +E-mail/Text: bankruptcy@cavps.com Jun 27 2020 04:23:15     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14022162     E-mail/PDF: DellBKNotifications@resurgent.com Jun 27 2020 04:27:29     Webbank/DFS,
              1 Dell Way,    Round Rock, TX 78682
14007525     E-mail/Text: mrdiscen@discover.com Jun 27 2020 04:22:09     Discoverbank,    Pob 15316,
              Wilmington, DE 19850
14022948     E-mail/Text: mrdiscen@discover.com Jun 27 2020 04:22:09     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14007524    +E-mail/Text: mrdiscen@discover.com Jun 27 2020 04:22:09     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
14007526    +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 27 2020 04:23:30     Esb/Harley Davidson Cr,
              Po Box 21829,    Carson City, NV 89721-1829
14022146    +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2020 04:28:26     GEMB/JC Penney,    PO Box 981402,
              El Paso, TX 79998-1402
14007529     E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 27 2020 04:22:18     Internal Revenue Service,
              P.O. Box 21125,    Philadelphia, PA 19114
14022139     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 27 2020 04:27:55     Chase Card Services,
              PO Box 15298,    Wilmington, DE 19850
14022151    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2020 04:22:58     Midland Credit Management,
              8875 Aero Drive,    San Diego, CA 92123-2255
14007532     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2020 04:22:44     PA Department of Revenue,
              Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14027480     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2020 04:22:44
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
14007536    +E-mail/Text: bankruptcydepartment@tsico.com Jun 27 2020 04:23:33     Transworld Sys Inc/51,
              507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 16
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Harley-Davidson Credit Corp. Successor to Eaglemar
cr              PA Dept of Revenue
cr*             Federal Home Loan Mortgage Corp,    P.O. Box 10826,    Greenville, SC  29603-0826
14022133*       American Info Source Lp,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14022145*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA Card Services,    PO Box 15726,    Wilmington, DE 19886-5726)
14022137*      +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14022142*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court: Discoverbank,    Pob 15316,    Wilmington, DE 19850)
14022141*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14022144*      +Esb/Harley Davidson Cr,    Po Box 21829,    Carson City, NV 89721-1829
```

```
District/off: 0315-2            User: msch                   Page 2 of 2              Date Rcvd: Jun 26, 2020
                                Form ID: 408                 Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****
14022149*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    P.O. Box 21125,
                   Philadelphia, PA 19114)
14007527*        +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                   Room 727,    Pittsburgh, PA 15222-4107
14022147*        +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                   Room 727,    Pittsburgh, PA 15222-4107
14007528*        +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14022148*        +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14022150*         MedExpress,    PO Box 719,    Dellslow, WV 26531-0719
14022152*        +Monongahela Valley Hospital, Inc,    1163 Country Club Road,    Monongahela, PA 15063-1095
14022153*         PA Department of Revenue,    Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14022154*        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14022157*        +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
14022158*        +The Bank of New York Mellon,    C/O c/o Prober & Raphael,    PO Box 4635,
                   Woodland Hills, CA 91308-4635
14022159*        +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14022143         ##+Equidata,    724 Thimble Shoals Blvd.,    Newport News, VA 23606-2574
                                                                                            TOTALS: 2, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
               Savings Bank bfein@sanddlawyers.com, mhanford@sanddlawyers.com
              David Neeren    on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Lauren Berschler Karl    on behalf of Creditor    PNC Bank, National Association lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Martin A. Mooney    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
               Savings Bank kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Plaintiff Dale R. Crawford ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Dale R. Crawford ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 11
```