**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DALE R. CRAWFORD <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br>  Chapter 13 Trustee, <br>         Movant <br>        vs. <br> No Respondents. | Case No.:15-20770 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/09/2015 and confirmed on 6/12/15 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 242,784.00 |
| Less Refunds to Debtor | 1,750.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 241,034.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 10,500.00 | |
|    Trustee Fee | 10,555.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 21,055.28 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 57,563.66 | 0.00 | 57,563.66 |
|     Acct: 1762 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 52,929.46 | 52,929.46 | 0.00 | 52,929.46 |
|     Acct: 1762 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4348 | | | | |
|   PA DEPARTMENT OF REVENUE* | 7,935.87 | 7,935.87 | 423.41 | 8,359.28 |
|     Acct: 4348 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 11,416.68 | 11,416.68 | 1,446.14 | 12,862.82 |
|     Acct: 5295 | | | | |
|   TD AUTO FINANCE | 733.85 | 733.85 | 88.79 | 822.64 |
|     Acct: 8414 | | | | |
| | | | | 132,537.86 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DALE R. CRAWFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DALE R. CRAWFORD | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 7,000.00 | 7,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6-16 | | | | |
|   PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 283.29 | 283.29 | 0.00 | 283.29 |
|     Acct: 4348 | | | | |
|   INTERNAL REVENUE SERVICE* | 29,035.40 | 29,035.40 | 0.00 | 29,035.40 |
|     Acct: 4348 | | | | |
| | | | | 29,318.69 |
| **Unsecured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 86,070.50 | 39,108.29 | 0.00 | 39,108.29 |
|     Acct: 5967 | | | | |
|   AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |

15-20770 JAD                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7134 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 11,378.78 | 5,170.23 | 0.00 | 5,170.23 |
| Acct: 9061 | | | | |
| DISCOVER BANK(*) | 10,021.52 | 4,553.53 | 0.00 | 4,553.53 |
| Acct: 9502 | | | | |
| EQUIDATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| INTERNAL REVENUE SERVICE* | 20,445.92 | 9,290.12 | 0.00 | 9,290.12 |
| Acct: 4348 | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6234 | | | | |
| TRU COPY PRINTING SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4348 | | | | |
| CCS COLLECTION GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9502 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| R AND L CARRIERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 58,122.17 |

TOTAL PAID TO CREDITORS                                                                       219,978.72

```
TOTAL
CLAIMED        29,318.69
PRIORITY       73,015.86
SECURED       127,916.72
```

Date: 06/26/2020                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    DALE R. CRAWFORD<br>              Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>          vs.<br>    No Repondents. | Case No.:15-20770 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                          BY THE COURT:

                                                          _____
                                                          U.S. BANKRUPTCY JUDGE

```
                             United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                   Case No. 15-20770-JAD
Dale R. Crawford                                                         Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 2                  Date Rcvd: Jun 26, 2020
                              Form ID: pdf900             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db             +Dale R. Crawford,    158 Quarry Lane,    California, PA 15419-1227
cr             +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
cr             +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
r              +Walter D. MacFann,    Tri-County Realty,    236 California Road,    California, PA 15417-9315
14022135      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    4161 Piedmont Parkway,    Greensboro, NC 27410)
14022134       +Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
14022136       +Bank of America, N.A.,,    P.O. Box 660933,    Dallas, TX 75266-0933
14022140        Clifford Sharik,    195 Huntingdon Road,    Wyano, PA 15695
15159342        Federal Home Loan Mortgage Corp,    P.O. Box 10826,    Greenville, SC 29603-0826
14011430       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
14007530        MedExpress,    PO Box 719,    Dellslow, WV 26531-0719
14007531       +Monongahela Valley Hospital, Inc,    1163 Country Club Road,    Monongahela, PA 15063-1095
14078497       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14022155        PNC Mortgage,    332 Newmark Drive,    Miamisburg, OH 45342
14007533       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14022156       +R & L Carriers Trucking Company,    PO Box 271,    Wilmington, OH 45177-0271
14007534       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
14007535       +The Bank of New York Mellon,    C/O c/o Prober & Raphael,    PO Box 4635,
                 Woodland Hills, CA 91308-4635
14082796       +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14022160        Tru Copy,    PO B ox 390,    Brownsville, PA 15417
14022161        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14007522        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2020 04:28:09      American Info Source Lp,
                 Post Office Box 248848,    Oklahoma City, OK 73124-8848
14022138       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 27 2020 04:23:44      CCS Collections,
                 2 Wells Avenue,    Newton Center, MA 02459-3246
14007523       +E-mail/Text: bankruptcy@cavps.com Jun 27 2020 04:23:15      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
14025627       +E-mail/Text: bankruptcy@cavps.com Jun 27 2020 04:23:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14022162        E-mail/PDF: DellBKNotifications@resurgent.com Jun 27 2020 04:28:06      Webbank/DFS,
                 1 Dell Way,    Round Rock, TX 78682
14007525        E-mail/Text: mrdiscen@discover.com Jun 27 2020 04:22:09      Discoverbank,    Pob 15316,
                 Wilmington, DE 19850
14022948        E-mail/Text: mrdiscen@discover.com Jun 27 2020 04:22:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14007524       +E-mail/Text: mrdiscen@discover.com Jun 27 2020 04:22:09      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14007526       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 27 2020 04:23:30      Esb/Harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
14022146       +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2020 04:27:43      GEMB/JC Penney,    PO Box 981402,
                 El Paso, TX 79998-1402
14007529        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 27 2020 04:22:17      Internal Revenue Service,
                 P.O. Box 21125,    Philadelphia, PA 19114
14022139        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 27 2020 04:28:31      Chase Card Services,
                 PO Box 15298,    Wilmington, DE 19850
14022151       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2020 04:22:58      Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
14007532        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2020 04:22:40      PA Department of Revenue,
                 Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14027480        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2020 04:22:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14007536       +E-mail/Text: bankruptcydepartment@tsico.com Jun 27 2020 04:23:32      Transworld Sys Inc/51,
                 507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp. Successor to Eaglemar
cr              PA Dept of Revenue
cr*             Federal Home Loan Mortgage Corp,    P.O. Box 10826,    Greenville, SC  29603-0826
14022133*       American Info Source Lp,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14022145*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA Card Services,    PO Box 15726,    Wilmington, DE 19886-5726)
14022137*      +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14022142*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court:  Discoverbank,    Pob 15316,    Wilmington, DE 19850)
14022141*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14022144*      +Esb/Harley Davidson Cr,    Po Box 21829,    Carson City, NV 89721-1829
```

```
District/off: 0315-2           User: msch                  Page 2 of 2                Date Rcvd: Jun 26, 2020
                               Form ID: pdf900             Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****
14022149*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    P.O. Box 21125,
                   Philadelphia, PA 19114)
14007527*        +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                   Room 727,    Pittsburgh, PA 15222-4107
14022147*        +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                   Room 727,    Pittsburgh, PA 15222-4107
14007528*        +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14022148*        +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14022150*         MedExpress,    PO Box 719,    Dellslow, WV 26531-0719
14022152*        +Monongahela Valley Hospital, Inc,    1163 Country Club Road,    Monongahela, PA 15063-1095
14022153*         PA Department of Revenue,    Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14022154*        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14022157*        +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
14022158*        +The Bank of New York Mellon,    C/O c/o Prober & Raphael,    PO Box 4635,
                   Woodland Hills, CA 91308-4635
14022159*        +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14022143         ##+Equidata,    724 Thimble Shoals Blvd.,    Newport News, VA 23606-2574
                                                                                             TOTALS: 2, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
               Savings Bank bfein@sanddlawyers.com,    mhanford@sanddlawyers.com
              David  Neeren    on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Lauren Berschler Karl    on behalf of Creditor    PNC Bank, National Association lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Martin A. Mooney    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
               Savings Bank kcollins@schillerknapp.com,    lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Plaintiff Dale R. Crawford ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Dale R. Crawford ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 11
```