**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dale R. Crawford** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–4348** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–20770–JAD**

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Dale R. Crawford

7/28/20                                                                                       **By the court:**   Jeffery A. Deller
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-20770-JAD
Dale R. Crawford                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: agro              Page 1 of 3            Date Rcvd: Jul 28, 2020
                             Form ID: 3180W          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
```
db          +Dale R. Crawford,    158 Quarry Lane,    California, PA 15419-1227
cr          +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
cr          +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
cr          +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
r           +Walter D. MacFann,    Tri-County Realty,    236 California Road,    California, PA 15417-9315
14022140     Clifford Sharik,    195 Huntingdon Road,    Wyano, PA 15695
15159342     Federal Home Loan Mortgage Corp,    P.O. Box 10826,    Greenville, SC  29603-0826
14011430    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
14007530     MedExpress,    PO Box 719,    Dellslow, WV 26531-0719
14007531    +Monongahela Valley Hospital, Inc,    1163 Country Club Road,    Monongahela, PA 15063-1095
14078497    +PNC Bank, N.A.,    3232 Newark Drive,    Miamisburg, OH 45342-5421
14022155     PNC Mortgage,    332 Newmark Drive,    Miamisburg, OH 45342
14007533    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14022156    +R & L Carriers Trucking Company,    PO Box 271,    Wilmington, OH 45177-0271
14007535    +The Bank of New York Mellon,    C/O c/o Prober & Raphael,    PO Box 4635,
              Woodland Hills, CA 91308-4635
14082796    +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14022160     Tru Copy,    PO B ox 390,    Brownsville, PA 15417
14022161     UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2020 04:28:39     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14007522     EDI: AIS.COM Jul 29 2020 08:13:00      American Info Source Lp,    Post Office Box 248848,
              Oklahoma City, OK 73124-8848
14022135     EDI: BANKAMER.COM Jul 29 2020 08:13:00      Bank Of America,    4161 Piedmont Parkway,
              Greensboro, NC 27410
14022145     EDI: BANKAMER2.COM Jul 29 2020 08:13:00      FIA Card Services,    PO Box 15726,
              Wilmington, DE 19886-5726
14022134    +EDI: BANKAMER2.COM Jul 29 2020 08:13:00      Bank of America,    P.O. Box 1598,
              Norfolk, VA 23501-1598
14022136    +EDI: WFFC.COM Jul 29 2020 08:13:00      Bank of America, N.A.,,    P.O. Box 660933,
              Dallas, TX 75266-0933
14022138    +EDI: CCS.COM Jul 29 2020 08:13:00      CCS Collections,    2 Wells Avenue,
              Newton Center, MA 02459-3246
14007523    +E-mail/Text: bankruptcy@cavps.com Jul 29 2020 04:29:03      Cavalry Portfolio Serv,
              Po Box 27288,    Tempe, AZ 85285-7288
14025627    +E-mail/Text: bankruptcy@cavps.com Jul 29 2020 04:29:03      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14022162     E-mail/PDF: DellBKNotifications@resurgent.com Jul 29 2020 04:23:47      Webbank/DFS,
              1 Dell Way,    Round Rock, TX 78682
14007525     EDI: DISCOVER.COM Jul 29 2020 08:13:00      Discoverbank,    Pob 15316,    Wilmington, DE 19850
14022948     EDI: DISCOVER.COM Jul 29 2020 08:13:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH  43054-3025
14007524    +EDI: DISCOVER.COM Jul 29 2020 08:13:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
14007526    +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 29 2020 04:29:09      Esb/Harley Davidson Cr,
              Po Box 21829,    Carson City, NV 89721-1829
14022146    +EDI: RMSC.COM Jul 29 2020 08:13:00      GEMB/JC Penney,    PO Box 981402,
              El Paso, TX 79998-1402
14007529     EDI: IRS.COM Jul 29 2020 08:13:00      Internal Revenue Service,    P.O. Box 21125,
              Philadelphia, PA 19114
14022139     EDI: JPMORGANCHASE Jul 29 2020 08:13:00      Chase Card Services,    PO Box 15298,
              Wilmington, DE 19850
14022151    +EDI: MID8.COM Jul 29 2020 08:13:00      Midland Credit Management,    8875 Aero Drive,
              San Diego, CA 92123-2255
14007532     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2020 04:28:40      PA Department of Revenue,
              Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14027480     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2020 04:28:40
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
14007534    +EDI: LCITDAUTO Jul 29 2020 08:13:00      Td Auto Finance,    Po Box 9223,
              Farmington Hills, MI 48333-9223
14007536    +E-mail/Text: bankruptcydepartment@tsico.com Jul 29 2020 04:29:10      Transworld Sys Inc/51,
              507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 22
```

```
District/off: 0315-2              User: agro                   Page 2 of 3              Date Rcvd: Jul 28, 2020
                                  Form ID: 3180W               Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp. Successor to Eaglemar
cr              PA Dept of Revenue
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*             Federal Home Loan Mortgage Corp,    P.O. Box 10826,    Greenville, SC   29603-0826
14022133*       American Info Source Lp,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14022137*      +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14022142*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court:   Discoverbank,    Pob 15316,    Wilmington, DE 19850)
14022141*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14022144*      +Esb/Harley Davidson Cr,    Po Box 21829,    Carson City, NV 89721-1829
14022149*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    P.O. Box 21125,
                 Philadelphia, PA 19114)
14007527*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14022147*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14007528*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14022148*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14022150*       MedExpress,    PO Box 719,    Dellslow, WV 26531-0719
14022152*      +Monongahela Valley Hospital, Inc,    1163 Country Club Road,    Monongahela, PA 15063-1095
14022153*       PA Department of Revenue,    Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14022154*      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14022157*      +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
14022158*      +The Bank of New York Mellon,    C/O c/o Prober & Raphael,    PO Box 4635,
                 Woodland Hills, CA 91308-4635
14022159*      +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14022143      ##+Equidata,    724 Thimble Shoals Blvd.,    Newport News, VA 23606-2574
                                                                                         TOTALS: 2, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
          Barbara A. Fein    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
           Savings Bank bfein@sanddlawyers.com, mhanford@sanddlawyers.com
          David Neeren    on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com
          James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Lauren Berschler Karl    on behalf of Creditor    PNC Bank, National Association lkarl@rascrane.com,
           lbkarl03@yahoo.com
          Martin A. Mooney    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
           Savings Bank kcollins@schillerknapp.com, lgadomski@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Plaintiff Dale R. Crawford ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
```

```
District/off: 0315-2           User: agro                  Page 3 of 3                   Date Rcvd: Jul 28, 2020
                               Form ID: 3180W              Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Paul W. McElrath, Jr.    on behalf of Debtor Dale R. Crawford ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com, cblack@udren.com

                                                                                                            TOTAL: 11